IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Mag. No. 17-2023 (JS) |
| RAJAI GAINES | |

**O R D E R**

For good cause shown,

IT IS HEREBY ORDERED this 11th day of July, 2017, that defendant's Order Setting Conditions of Release is modified to temporarily permit defendant to reside with Tierra Graham at her residence in Blackwood, New Jersey, starting on July 11, 2017; and it is further

ORDERED that a bail review hearing is scheduled on <u>July 20, 2017, at 1:30 p.m.</u> in Courtroom 3C. Defendant and Ms. Graham shall be present in-person at the hearing.

s/Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge